**Motion GRANTED AND Order filed March 5, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00151-CV
_____

## IN RE DISCOVERY DRILLING PTE. LTD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-18964**

---

## ORDER

On February 27, 2018, relator Discovery Drilling PTE. Ltd, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Larry Weiman, Judge of the 80th District Court, in Harris County, Texas, to vacate his order dated December 20, 2017, which denied relator's motion to dismiss based on a forum-selection clause or alternatively, based on forum non conveniens.

Relator also has filed a motion for temporary stay asking this court to stay the trial set for March 12, 2018, and the hearing on attorney's fees set for March 23, 2018, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial set for March 12, 2018, and the hearing on attorney's fees set for March 23, 2018, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Spencer Ogden, Inc., the real party-in-interest, to file a response to the petition for writ of mandamus on or before March 16, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.
(J. Jamison voted to deny the motion for stay)